# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN HILDEBRAND, | |
| Plaintiff, | Case No. 2:09-cv-00871-RCJ-GWF |
| v. | ~~[PROPOSED]~~ ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER |
| THE BLACK AND DECKER CORPORATION, BLACK AND DECKER (U.S.) INC., and DEWALT INDUSTRIAL TOO CO., | |
| Defendants. | |

## ~~PROPOSED~~ ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER

Based upon Plaintiff's Motion dated March 7, 2011 and good cause appearing therefore, the Discovery Plan and Scheduling Order is modified as follows:

| | Prior Scheduling Order | New Scheduling Order |
|---|---|---|
| Initial Disclosure of Experts | March 15, 2011 | April 15, 2011 |
| Disclosure of Rebuttal Experts | April 15, 2011 | May 15, 2011 |
| Dispositive Motions | May 1, 2011 | May 15, 2011 |
| Completion of Discovery | May 1, 2011 | May 15, 2011 |

**IT IS ORDERED.**

Dated: March 10, 2011

_____
GEORGE FOLEY, JR.
United States Magistrate Judge